# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ENGQUIST-ROUZAN RESIDENTIAL
DEVELOPMENT, L.L.C. &
ENGQUIST-ROUZAN COMMERCIAL
DEVELOPMENT, L.L.C.

VERSUS

ASSOCIATED CONCRETE
CONTRACTORS, INC. OF NEVADA

NO.  2025 CW 1115

JANUARY 9, 2026

---

In Re:   Associated Concrete Contractors, Inc., F/K/A Associated
         Concrete Contractors, Inc. of Nevada, applying for
         supervisory writs, 19th Judicial District Court, Parish
         of East Baton Rouge, No. 714880.

---

BEFORE:   **MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's September 29,
2025 judgment, which sustained the Peremptory Exception of
Peremption filed by third-party defendant, Barriere Construction
Company, LLC ("Barriere"), and dismissed the Third-Party Demand of
third-party plaintiff, Associated Concrete Contractors, Inc. of
Nevada, against Barriere with prejudice, is a final appealable
judgment. See La. Code Civ. P. art. 1915(A)(1) and 1915(A)(4).
Therefore, the writ is granted for the limited purpose of remanding
the case to the district court with instructions to grant
plaintiff, Associated Concrete Contractors, Inc. of Nevada, an
appeal pursuant to the pleading that notified the district court
of its intention to seek writs. See **In Re Howard,** 541 So.2d 195,
197 (La. 1989) (per curiam). A copy of this court's order is to be
included in the appellate record.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT